VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

(Proposed) Attorney for Debtor-in-Possession
VICTOR BATINOVICH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>VICTOR BATINOVICH<br><br>Debtor-in-Possession | Case No.: 17-52444 SLJ 11<br><br>CHAPTER 11<br><br><u>Hearing</u><br>Date: December 7, 2017<br>Time: 10:00 a.m.<br>Ctrm: 3099 |

### **DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT**

Victor Batinovich, the debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), hereby submits his Chapter 11 Status Conference Statement in advance of the status conference, scheduled for December 7, 2017.

**A. The Debtors' Bankruptcy Filing and Current Situation**

    **a.** On October 5, 2017 (the "Petition Date"), the Debtor in Possession (the "Debtor") filed a voluntary petition for relief under Chapter 11. The Debtor continues to manage its affairs as a Debtor-in-Possession pursuant to sections 1107(a) of the Bankruptcy Code.

1

DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT

b. Debtor's primary goal was to retain his residence.

**B. Attendance at the Meeting of Creditors pursuant to 11 U.S.C. Section 341(a)**

   a. The 341 hearing has been continued to January 16, 2018.

**C. Debtor's Objectives in the Case**

   a. The Debtor's objective was to prepare a plan to reorganize his debt and retain his residence. Debtor is no longer protected by the automatic stay in said Chapter 11. Consequently, the assistance of a Chapter 11 Plan is of no assistance to the Debtor. As a result debtor has filed a Motion to dismiss this matter, scheduled to be heard on January 10, 2018.

**D. Compliance with U.S. Trustee Requests**

   a. There are outstanding requests due to the trustee.

**E. Anticipated Date for Filing a Plan and Disclosure Statement**

   a. N/A

**F. Status of MOR's and DIP Accounts**

   a. Debtor has not yet filed operating reports nor opened DIP Accounts.

**G. Retention of Professionals**

   a. N/A

**H. Use of Cash Collateral**

   a. N/A

//

//

//

//

2

DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT

Case: 17-52444    Doc# 31    Filed: 11/30/17    Entered: 11/30/17 23:48:22    Page 2 of 3

## **SUMMARY OF PROPOSED PLAN**

The Debtor has filed a Motion to dismiss his Chapter 11, scheduled to be heard on January 10, 2018.

Date:   November 30, 2017              NICHANI LAW FIRM

                                       /s/ Vinod Nichani
                                       Vinod Nichani,
                                       (Proposed) Attorney for Debtor-in-Possession
                                       VICTOR BATINOVICH