VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

(Proposed) Attorney for Debtor-in-Possession
VICTOR BATINOVICH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>VICTOR BATINOVICH<br><br>Debtor-in-Possession | Case No.: 17-52444<br><br>CHAPTER 11<br><br>MOTION TO CONTINUE STATUS CONFERENCE<br><br>Hearing<br>Date: December 7, 2017<br>Time: 10:00 a.m.<br>Ctrm: 3099<br><br>Judge: Honorable Stephen L. Johnson |

1. On October 5, 2017 (the "Petition Date"), the Debtor in Possession (the "Debtor") filed a voluntary Chapter 11 bankruptcy.

2. The Debtor continues to manage its affairs as a Debtor-in-Possession pursuant to sections 1107(a) of the Bankruptcy Code.

3. On or about October 6, 2017 (Docket # 6), the court filed a Notice of Status Conference in Chapter 11.

1

4. On or about November 27, 2017, the Debtor filed a Motion to Dismiss Chapter 11. An Amended Notice scheduled the hearing on the Motion to Dismiss for January 10, 2018.

5. On or about November 30, 2017, the Debtor filed its Status Conference Statement in advance of the above hearing.

6. Debtor requests the status conference be continued to the same date and time as the Motion to Dismiss for purposes of judicial economy. A status conference on the same date as the hearing would save time for the debtor and the court.

WHEREFORE, Debtor respectfully requests the status conference be continued to January 10, 2018 at 10:30 a.m.

Dated: December 5, 2017                                                          NICHANI LAW FIRM


                                                                /s/ Vinod Nichani
                                                                VINOD NICHANI
                                                                (Proposed) Attorney for
                                                                Debtor-in Possession
                                                                VICTOR BATINOVICH