VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

(Proposed) Attorney for Debtor-in-Possession
VICTOR BATINOVICH

The Relief Sought in the following order is DENIED. Signed December 11, 2017

Stephen L. Johnson
U.S. Bankruptcy Judge

**DENIED as moot. The court continued the status conference at the hearing on 12/7/17.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>VICTOR BATINOVICH<br><br>Debtor-in-Possession | Case No.: 17-52444<br><br>CHAPTER 11<br><br>ORDER ON MOTION TO CONTINUE STATUS CONFERENCE |

On December 5, 2017, Debtor filed a Motion to Continue Status Conference. There being no opposition, and for good cause shown, the Court hereby **ORDERS** as follows:

1. Debtors request for a continuance of the December 7, 2017 status conference is granted by this Court. The continued status conference is scheduled for January 10, 2018 at 10:30 a.m.

**\*\*END OF ORDER\*\***

1

<u>COURT SERVICE LIST</u>

[None]