

The following constitutes
the order of the court. Signed January 11, 2018

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

VICTOR BATINOVICH,

          Debtor(s).

Case No.: 17-52444 SLJ

Chapter 11

Date: January 10, 2018
Time: 10:30 a.m.
Ctrm: 3099

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE

    Debtor's Motion to Dismiss Chapter 11 Case came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons stated on the record,

    IT IS HEREBY ORDERED that the Motion is GRANTED.

*** END OF ORDER ***

ORDER GRANTING MOTION TO DISMISS     1

1                                 Court Service List

3   ECF NOTIFICATIONS

ORDER GRANTING MOTION TO DISMISS     2