Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Victor Batinovich<br>aka Victor Anthony Batinovich<br>Debtor(s) | Case No.: 17−52444 SLJ 11<br><br>Chapter: 11 |
|---|---|---|

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 1/11/18 dismissing the above−captioned case.

Dated: <u>1/11/18</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 43